UNITED STATES ex rel. James OTTO et al., Relators Appellants, v. Daniel F. BREITEN-STEIN, as U. S. Marshal, etc., Respondent Appellee.

Circuit Court of Appeals, Second Circuit. December 17, 1928.

No. 218.

Roscoe Irwin, of Albany, N. Y., for appellants.

Charles H. Tuttle, U. S. Atty., and Thomas T. Cooke, both of New York City, for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed in open court.

UNITED STATES ex rel. Joseph WENGER, Appellant, v. W. Frank MATHUES, U. S. Marshal Appellee. *

Circuit Court of Appeals, Third Circuit. December 10, 1928.

No. 3854.

William A. Gray, of Philadelphia, Pa., for appellant.

Elmer C. Pfeiffer, of Philadelphia, Pa., for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. Finding no error in the order of the court below, directing removal, it is affirmed.

*Appeal dismissed 49 S. Ct. —-, 73 L. Ed. —-.